# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

United States of America,

    Plaintiff,

-vs-

Kenneth Carpenter,

    Defendant.

Case No. 3:12-po-102

Violation # 1088548

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Driving Under Financial Responsibility Law Suspension of Cancellation in violation of 18 U.S.C. §7 and §13 ORC §4510.16 made in Count ___ of the Information or made in Violation Notice # 1088548 is hereby AMENDED to charge Operating Motor Vehicle Without Valid License in violation of 18 USC §7 and §13 ORC 4510.12(A)(1).

IT IS SO ORDERED.

Date: 2/6/13

_____
United States Magistrate Judge

_____
Assistant United States Attorney